UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

JAYVON DESHAUN GRAYSON,

           Defendant.

Case No. 19-290 BAT

ORDER REVOKING BOND AND ORDER FOR DETENTION

<u>Offenses charged</u>:

    Count 1:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g) and 924(a)(2)

<u>Date of Detention Hearing</u>: July 11, 2019 and July 18, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. On July 11, 2019, the Court released Defendant to the custody of his mother based on representations made at the hearing regarding Defendant's mother's ability to supervise Defendant. The Government moved for an immediate stay to appeal the Court's order. The Government's motion was granted and Defendant's release was stayed pending the Government's appeal. (Dkt. # 10.)

ORDER REVOKING BOND AND ORDER FOR
DETENTION - 1

2. On July 15, 2019, the Government moved for reconsideration of the Court's order of release and to reopen the detention hearing based on evidence not previously presented to the Court. (Dkt. # 15.)

3. The Government's evidence included items found on Defendant's electronic device that indicated firearm and gang activity but, more importantly, Defendant's arrest for allegedly assaulting his mother who attempted to deprive Defendant of his firearm. The Defendant was not charged with assault. The Government proffered the Kent Police Department police report to the Court. The police report not only alleges that Defendant assaulted his mother but that even while he was on supervision for a state charge, he was able to obtain a firearm.

4. The Government's failure to bring this police report to the Court's attention was inadvertent.

5. Based on the new evidence provided by the Government, the Court GRANTS the Government's motion to reopen (dkt. # 15) the detention hearing pursuant to 18 U.S.C. § 3145(a).

6. The Court finds that the Government has proffered sufficient evidence to find by a clear and convincing standard that the Defendant poses a danger to the community and that there does not appear to be any condition or combination of conditions that will reasonably assure the safety of other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of July, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge